# Third District Court of Appeal

## State of Florida

Opinion filed June 3, 2015.

_____

No. 3D14-960
Lower Tribunal No. 09-28644

_____

### Ruben Otero,
Appellant,

vs.

### Federal National Mortgage Association,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

Thomas Erskine Ice, for appellant.

Liebler, Gonzalez & Portuondo, and Joshua R. Levine, for appellee.

Before WELLS, LOGUE and EMAS, JJ.

PER CURIAM.

## <u>ON CONFESSION OF ERROR</u>

On Appellee's confession of error, we reverse the final judgment of foreclosure on appeal here and remand to the court below for further proceedings in the instant matter.